# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**KENNETH LIT** and **ELLEN LIT,**
Appellants,

v.

**POLO CLUB OF BOCA RATON PROPERTY OWNERS ASSOCIATION, INC.,**
Appellee.

No. 4D20-1521

[July 29, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James L. Martz, Judge; L.T. Case No. 50-2019-CA-012521-XXXX-MB.

Matthew M. Slowik of Matthew M. Slowik, P.A., Coral Springs, for appellant.

Hinda Klein of Conroy Simberg, Hollywood, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and FORST, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***